UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACOB ALLEN FRUEH,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>GEOFF RUSHO and PEND ORIELLE COUNTY SHERIFF'S DEPARTMENT,<br><br>　　　　　　　　Defendants. | NO:  2:16-CV-280-RMP<br><br>ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS |

Plaintiff submitted a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 while a prisoner at the Pend Oreille County Jail.  He did not pay the $400.00 fee to commence this action and he failed to provide a completed *in forma pauperis* application as directed by the Clerk of Court, ECF No. 4, and by Order of this Court, ECF No. 9.  Although granted several opportunities to remedy this deficiency, Plaintiff has not done so.

ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS --1

1  Therefore, **IT IS ORDERED** that the application to proceed *in forma*

2  *pauperis* is **DENIED** and this action is **DISMISSED without prejudice** for failure

3  to comply with the filing fee requirements of 28 U.S.C. §§ 1914 and 1915.

4  **IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order,

5  enter judgment, forward copies to Plaintiff and close the file. The Court certifies

6  any appeal of this dismissal would not be taken in good faith.

7  **DATED** this 27th day of October 2016.

            *s/ Rosanna Malouf Peterson*
            ROSANNA MALOUF PETERSON
            United States District Judge

ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS --2