# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JACOB ALLEN FRUEH,

    *Plaintiff*

v.

GEOFF RUSHO and PEND ORIELLE COUNTY SHERIFF'S DEPARTMENT,

    *Defendant*

Civil Action No. 2:16-CV-00280-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The application to proceed in forma pauperis is DENIED and this action is DISMISSED without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson for failure to comply with the filing fee requirements of 28 U.S.C. 1914 and 1915.

Date: 10/27/2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
    *(By) Deputy Clerk*
Lennie Rasmussen